IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER, | No. C 11-01350 CW |
|     Plaintiff, | ORDER RE DEFAULT |
|   v. | |
| AKRAM ARASTEHJOO, et al., | |
|     Defendants. | |

Default having been entered by the Clerk on July 20, 2011,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

A case management conference will be held on Tuesday, September 27, 2011 at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 7/21/2011

                              CLAUDIA WILKEN
                              United States District Judge

cc: Sue