IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AKRAM ARASTEHJOO, NEDA VOJDANI,<br>AND DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | No. C 11-01350 CW<br><br>ORDER GRANTING IN<br>PART DEFENDANTS'<br>ADMINISTRATIVE<br>MOTION FOR A<br>CONTINUANCE<br>(Docket No. 18) |

　　Defendants have requested an extension of the deadline to oppose Plaintiff's motion for default judgment and a new date for the motion hearing, in light of their pending motion to set aside the default. Defendants' motion to set aside the default and Plaintiff's motion for default judgment are taken under submission on the papers.

　　Accordingly, the following dates are vacated: (1) the September 2, 2011 deadline for Defendants' response to Plaintiff's motion for default judgment, (2) the September 8, 2011 hearing on Defendants' motion to set aside the default, (3) the September 27, 2011 case management conference, and the corresponding deadline for the parties to submit of a joint case management statement,

and (4) the September 29, 2011 hearing for Plaintiff's motion for default judgment.

If necessary, the Court will set new dates for Defendants to respond to Plaintiff's motion for default judgment and a hearing on that motion.

The hearing for Defendants' motion for sanctions remains on calendar for October 6, 2011 at 2:00 pm.

IT IS SO ORDERED.

Dated: 9/2/2011

CLAUDIA WILKEN
United States District Judge