IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. BONNER,<br><br>    Plaintiff,<br><br>  v.<br><br>AKRAM ARASTEHJOO, NEDA VOJDANI,<br>AND DOES 1-100,<br><br>    Defendants.<br>_____/ | No. C 11-01350 CW<br><br>ORDER REGARDING<br>DEFENDANTS'<br>REQUEST TO FILE<br>ADDITIONAL<br>EVIDENCE<br>(Docket No. 30) |

On September 15, 2011 Defendants submitted a request to file an additional document in support of their motion to set aside default. The request was submitted in the form of a declaration by their counsel, rather than a proper motion for administrative relief, pursuant to Civil Local Rule 7-11. The request is deemed an administrative motion. Plaintiff's response is due within four days from this issuance of this order.

IT IS SO ORDERED.

Dated: 9/16/2011

CLAUDIA WILKEN
United States District Judge