IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BONNER, | No. C 11-1350 CW |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS FOR LACK OF JURISDICTION |
| v. | |
| AKRAM ARASTEHJOO, NEDA VOJDANI, and DOES 1-100, | |
| Defendants. | |

Defendant Akram Arastehjoo moves to dismiss this mortgage-related case based on lack of federal jurisdiction and failure to state a claim for which relief may be granted. Plaintiff Charles Bonner concedes that this Court does not have jurisdiction to hear his case and requests that the Court transfer it to the Marin County superior court.

Because the Court does not have jurisdiction over this case, Defendant's motion to dismiss is granted. Dismissal is without prejudice to refiling in state court.

IT IS SO ORDERED.

Dated: 4/16/2012

CLAUDIA WILKEN
United States District Judge